IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-194-AP**

**FRED PADILLA**,

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, filed (doc. #15), filed August 26, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$3548.44**.

Dated at Denver, Colorado, this 29th day of August, 2005.

BY THE COURT:

**S/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT